IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Shackelford, Armanda D | Case Number:  06 B 12686 |
| | Judge:  Squires, John H |
| Printed: 12/16/08 | Filed:  10/5/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed - No Disch:  December 5, 2008
Confirmed:   January 3, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,645.21 | |
| Secured: | | 4,516.32 |
| Unsecured: | | 3,977.64 |
| Priority: | | 513.51 |
| Administrative: | | 2,301.50 |
| Trustee Fee: | | 684.18 |
| Other Funds: | | 652.06 |
| Totals: | 12,645.21 | 12,645.21 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 247.50 | 247.50 |
| 2. | Robert J Semrad & Associates | Administrative | 1,834.00 | 1,834.00 |
| 3. | Robert J Semrad & Associates | Administrative | 220.00 | 220.00 |
| 4. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 5. | Chicago Municipal Employees CU | Secured | 544.37 | 544.37 |
| 6. | Option One Mortgage Corp | Secured | 23,676.94 | 3,971.95 |
| 7. | Internal Revenue Service | Priority | 513.51 | 513.51 |
| 8. | AT&T Wireless | Unsecured | 133.64 | 1,336.39 |
| 9. | Portfolio Recovery Associates | Unsecured | 35.10 | 351.01 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 81.00 | 810.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 136.58 | 1,365.82 |
| 12. | Internal Revenue Service | Unsecured | 1.74 | 17.42 |
| 13. | Portfolio Recovery Associates | Unsecured | 9.70 | 97.00 |
| 14. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 15. | CBE | Unsecured | | No Claim Filed |
| 16. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 17. | Collect America | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | Credit Management Service | Unsecured | | No Claim Filed |
| 20. | GC Services Collection Agency | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 23. | Mitchell N Kay | Unsecured | | No Claim Filed |
| 24. | Park Dansan | Unsecured | | No Claim Filed |
| 25. | Park Dansan | Unsecured | | No Claim Filed |
| 26. | Peoples Energy Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Shackelford, Armanda D

Printed: 12/16/08

Case Number: 06 B 12686
Judge: Squires, John H
Filed: 10/5/06

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 28. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 29. | Credit One | Unsecured | | No Claim Filed |
| | | | $ 27,434.08 | $ 11,308.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 108.00 |
| 5.4% | 281.10 |
| 6.5% | 284.37 |
| 6.6% | 10.71 |
| | $ 684.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

